# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -2 PM 2:09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

HOST INTERNATIONAL, INC.

    Plaintiff,

v.                                      Cause No. 05 2143 DV

AAD: FITCH, INC.; MECHANICAL
PLUMBING DESIGNS; CENTURY
CONSTRUCTION, INC.; and
DAMON-MARKUS,

    Defendants.

## ORDER GRANTING THE MOTION OF
## PAMELA MORGAN HODGE TO APPEAR IN
## THE CAPTIONED MATTER AS COUNSEL *PRO HAC VICE*

It is hereby ordered that the Motion of Pamela Morgan Hodge for admission to practice *pro hac vice* in this matter is granted. The attorney will at all times while participating as counsel in this matter be bound by the Local Rules of this Court, including the Guidelines of Professional Courtesy and Conduct.

**IT IS SO ORDERED.**

_/s/ [signature]_
JUDGE

Date: May 2, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT