# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

HOST INTERNATIONAL, INC.

    Plaintiff,

v.                                                                    Cause No. 05 2143 DV

AAD: FITCH, INC.; MECHANICAL
PLUMBING DESIGNS; CENTURY
CONSTRUCTION, INC.; and
DAMON-MARKUS,

    Defendants.

---

## ORDER GRANTING THE MOTION OF
## DANIEL E. IZENSON TO APPEAR IN
## THE CAPTIONED MATTER AS COUNSEL *PRO HAC VICE*

---

It is hereby ordered that the Motion of Daniel E. Izenson for admission to practice *pro hac vice* in this matter is granted. The attorney will at all times while participating as counsel in this matter be bound by the Local Rules of this Court, including the Guidelines of Professional Courtesy and Conduct.

**IT IS SO ORDERED.**

_____
JUDGE

Date: May 2, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Honorable Bernice Donald
US DISTRICT COURT