IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| HOST INTERNATIONAL, INC., | ) | |
| | ) | |
| vs. | ) | No. 05-2143-D |
| ADD: FITCH, INC., et al., | ) | |
| Defendants. | ) | |

ORDER OF RECUSAL OF MAGISTRATE JUDGE DIANE K. VESCOVO

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate's file to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 2, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT