IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN TENNESSEE

Host International, Inc.,
    Plaintiff

vs.

Case No.:05cv2143D/P

AAD:Fitch, Inc. Mechanical
Plumbing Designs, Century
Construction, Inc. and Damon-
Markus
    Defendants

## ORDER DENYING DEFAULT JUDGMENT

On July 13, 2005, plaintiff filed a Motion for Default Judgment against Mechanical Plumbing Designs.

In accordance to FRCvP 55(a), the moving party must request an enty of default by the clerk.

In compliance to FRCvP 55(a), default judgment against the above-named defendants in DENIED.

Entered this 13th day of July, 2005

                        THOMAS M. GOULD
                        Clerk of Court

                        BY: _____
                        Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Honorable Bernice Donald
US DISTRICT COURT