# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HOST INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05cv2143 D/P |
| v. ) | |
| ) | |
| ADD: FITCH, INC., MECHANICAL ) | |
| PLUMBING DESIGNS, CENTURY ) | |
| CONSTRUCTION, INC., AND ) | |
| DAMON-MARKUS, ) | |
| ) | |
| Defendants. ) | |

FILED BY _____ D.C.

05 AUG 15 AM 9:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on August 15, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Mechanical Plumbing Designs pursuant to FRCP 55(a).

On May 3, 2005, this Court filed the summons returned executed April 22, 2005. Defendant had twenty days within which to answer or otherwise plead. Defendant Mechanical Plumbing Designs has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 15th day of August, 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Honorable Bernice Donald
US DISTRICT COURT