IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HOST INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 05-2143-D/P |
| ) | |
| AAD: FITCH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANT AAD: FITCH INC.'S MOTION TO AMEND ANSWER

Before the court is defendant AAD: Fitch Inc.'s Motion to Amend Answer, filed September 15, 2005 (dkt #40). Local Rule 7.2(a)(2) requires that

> The response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The plaintiff has not filed a response to the motion to amend, and the time to respond has passed. Therefore, defendant AAD: Fitch's Motion to Amend Answer is GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 6, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Kathy Bailey
BAILEY LAW GROUP P.C.
1752 N. Street, N.W. Suite 800
Washington, DC 20036

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT