

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



| | |
|---|---|
| HOST INTERNATIONAL INC., <br> Plaintiff, <br> vs. <br> AAD: FITCH, INC., MECHANICAL PLUMBING DESIGNS, CENTURY CONSTRUCTION, INC. AND DAMON-MARKUS, <br> Defendants. | Case No.: 2:05cv2143-d/p <br><br> JOINT MOTION TO MODIFY SCHEDULING ORDER |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff and Defendants (the "Parties") move this Court to modify the Scheduling Order. Specifically, the Parties request an extension of the date for submission of expert reports as stated in the Scheduling Order from December 15, 2005 until and including February 15, 2006 for Plaintiff and from January 15, 2006 to March 15, 2006 for all Defendants. Additionally, the Parties request an extension of the discovery cutoff date from March 15, 2006 to June 15, 2006 and the filing of Dispositive Motions from April 15, 2006 to July 17, 2006. For the reasons set forth more fully in the accompanying Memorandum, the Parties respectfully request that the Court grant their Joint Motion to Modify the Scheduling Order.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12/23/05__

MOTION GRANTED
DATE 12-22-2005

BERNICE DONALD
U.S. DISTRICT JUDGE

1170332.1

WHEREFORE, for good cause shown, the parties request that this Court amend the current Scheduling Order consistent with the proposed schedule.

Respectfully submitted,

_____
Christopher S. Dunn
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
cdunn@wallerlaw.com
Phone: 615.850.8687
Fax: 615.244.6804
Attorney for Plaintiff Host International, Inc.

_____
Lawrence White
Leitner, Williams, Dooley & Napolitan, PLLC
Data Company Building
254 Court Avenue, Second Floor
Memphis, Tennessee 38103
Fax: 901.527.8224
Attorney for Defendant Century Construction, Inc.

_____
Michael G. Derrick
Robert A. Talley
Shuttleworth Williams, PLLC
200 Jefferson Avenue
Suite 1500
Memphis, TN 38103
Phone: 901.526.7399
Fax:  901.526.5056
Attorney for Defendant Damon-Marcus

_____
Stephen C. Barton
Thomason, Hendrix, Harvey, Johnson & Mitchell
29th Floor, One Commerce Square
40 South Main Street
Memphis, TN 38103-5529
Phone: 901.525.8721
Attorneys for Defendant AAD: Fitch

1170340.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CV-02143 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Daniel E. Izenson
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Pamela Morgan Hodge
KEATING MUETHING & KLEKAMP, P.L.L.
One East Fourth St.
1400 Provident Tower
Cincinnati, OH 45202

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher S. Dunn
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Kathy Bailey
BAILEY LAW GROUP, P.C.
1615 L St., NW
Ste. 1350
Washington, DC 20036

Honorable Bernice Donald
US DISTRICT COURT